IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD EARL ODEN,                      No. CIV-S-00-2066 MCE/JFM P

        Petitioner,

   v.                                      <u>ORDER</u>

MATTHEW C. KRAMER,

        Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On April 1, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

1  Petitioner has filed objections to the findings and

2  recommendations.

3      In accordance with the provisions of 28 U.S.C.

4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

5  de novo review of this case.  Having carefully reviewed the

6  entire file, the court finds the findings and recommendations to

7  be supported by the record and by proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1.  The findings and recommendations filed April 1, 2005,

10  are adopted in full;

11      2.  Petitioner's application for a writ of habeas corpus is

12  denied; and

13      3.  Petitioner's request for an evidentiary hearing is

14  denied.

15  DATED: April 27, 2005

16

17  _____

18  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26