IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD EARL ODEN,                        No. CIV-S-00-2066 MCE/JFM P

    Petitioner,

  v.                                      ORDER

MATTHEW C. KRAMER, ET AL.,

    Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 28, 2005, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether the evidence was insufficient to support petitioner's conviction for aiding and abetting murder by torture; (2) whether the evidence was insufficient to establish proper trial venue in Yolo County; (3) whether the trial judge improperly coerced a guilty verdict on the murder count; (4) whether the trial court erred in failing to instruct the jury on the lesser included offense of involuntary manslaughter; (5) whether the jury instruction on reasonable doubt violated petitioner's right to due process; and (6) whether petitioner's trial counsel rendered ineffective assistance.

///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.

1    Accordingly, IT IS HEREBY ORDERED that a certificate of
2 appealability is issued in the present action.
3 DATED: May 20, 2005

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```